IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00347-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JAMES EDDIE BRYANT-CREWS,

       Defendant.

_____

**MOTION TO DETERMINE COMPETENCY
OF THE DEFENDANT**

_____

       COMES NOW the defendant, James Bryant-Crews, by and through Assistant Federal Public Defender LaFonda Traore and moves this Honorable Court pursuant to 18 U.S.C. § 4241(a) for a hearing to determine the mental competency of the defendant, and a psychiatric evaluation, pursuant to 18 U.S.C. § 4247(b) and (c).  In support of this motion, counsel states as follows:

       1.     18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense and prior to sentencing, a defendant may file a motion for a hearing to determine his mental competency.  The Court shall grant such motion if there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  Prior the competency hearing, the Court may order a psychiatric evaluation of the defendant under 18 U.S.C. § 4241(b) and (c).

2. At a recent change of plea hearing, concerns were raised regarding Mr. Bryant's competency. These concerns stem from Mr. Bryant's statement to the Court that he has not been receiving his psychiatric medications since being housed at the Federal Detention Center. Understandably, the Court has concerns regarding Mr. Bryant's psychiatric diagnosis and with what medications have been prescribed to him. It is defense counsel's understanding that Mr. Bryant was previously prescribed Wellbutrin and Seroquel, but those medications have not been given to him at the Federal Detention Center. The Court, understandably, has concerns with going forward with a guilty plea until Mr. Bryant has been evaluated and placed on psychiatric medications deemed appropriate.

3. Counsel requests that a psychiatric evaluation be conducted pursuant to 18 U.S.C. § 4247(b) and (c) to determine whether Mr. Bryant is competent to proceed.

4. Counsel requests that a thorough evaluation be conducted by qualified psychiatric staff within the Bureau of Prisons.

WHEREFORE, counsel moves for an order that the defendant be evaluated for purposes of competency pursuant to 18 U.S.C. § 4241 consistent with these provisions of 18 U.S.C. § 4247(b) and © and that Mr. Bryant receives any medication deemed appropriate after the evaluation.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender, Interim

    s/ LaFonda R. Traorè
    LAFONDA R. TRAORÈ
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado     80202
    Telephone:     (303) 294-7002
    FAX:           (303) 294-1192
    LaFonda.Traore@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2013, I electronically filed the foregoing

**MOTION TO DETERMINE COMPETENCY
OF THE DEFENDANT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    David Tonini, Assistant U.S. Attorney
        David.Tonini@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    James Bryant-Crews   *(U.S. Mail)*

    s/ LaFonda R. Traorè
    LAFONDA R. TRAORÈ
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado  80202
    Telephone:     (303) 294-7002
    FAX:           (303) 294-1192
    LaFonda.Traore@fd.org
    Attorney for Defendant