IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. 13-cr-00347-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.    JAMES EDDIE BRYANT-CREWS,**

        Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on Defendant's Motion for Psychiatric or Psychological Examination and pursuant to 18 U.S.C. § 4241. The Court being duly informed hereby enters the following ORDER:

1.    A psychiatric evaluation shall be conducted pursuant to 18 U.S.C. § 4247(b) and (c) to determine whether Mr. Bryant-Crews is in need of any psychiatric medication.

2.    A thorough evaluation is to be conducted by qualified psychiatric staff within the Bureau of Prisons.

3.    Mr. Bryant Crews is to be placed on any psychiatric medications deemed appropriate as a result of the evaluation.

4.    The parties are to contact chambers to get new change of plea and sentencing hearing dates **within 30 days after the evaluation** has been completed and Mr. Bryant has been prescribed any necessary medication. The Sentencing Hearing set for March 3, 2014, is VACATED.

DATED this 11th day of December, 2013.

                                                    **BY THE COURT:**

                                                    *Marcia S. Krieger*
                                                    _____

                                                    Marcia S. Krieger
                                                    Chief United States District Judge