IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: Patricia Glover | | Date: March 12, 2014 |
| Court Reporter: Tammy Hoffschildt | | |

Criminal Action No. 13-cr-00347-MSK

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | David Tonini |
| Plaintiff, | |
| v. | |
| JAMES EDDIE BRYANT-CREWS, | Matthew Belcher |
| Defendant. | |

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**2:09 p.m.     Court in session.**

Defendant present in custody.

Defendant is arraigned on Count 1 of the **Indictment**. Defendant pleads guilty to Count 1 of the **Indictment.**

Defendant sworn.

Defendant advised regarding:

1)   The Plea Agreement;
2)   The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
3)   The objectives and factors in 18 U.S.C. §3553(a).

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

Oral findings are made of record.

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 1 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set on **June 9, 2014 at 9:00 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Pending Motion (**Doc.#'17**) is **DENIED** as moot.

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**2:41 p.m.** **Court in recess.**

**Total Time:** **32 minutes.**
**Hearing concluded.**